[No. 34884-1-I.    Division One.    September 11, 1995.]

LORI LEE, *Individually and as Guardian, Appellant,*
v. MANFRED M. LABAND, ET AL., *Defendants,* SWEDISH
HOSPITAL MEDICAL CENTER, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 92-2-01958-2, Peter Jarvis, J., entered May 13,
1994. *Affirmed* by unpublished opinion per Becker, J.,
concurred in by Webster and Agid, JJ.

[No. 35037-4-I.    Division One.    September 11, 1995.]

THE STATE OF WASHINGTON, *Appellant,* v. THOMAS W.
HIBBS, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 93-1-21573-3, David F. Hulbert, J.,
entered August 2, 1994. *Affirmed* by unpublished opinion
per Becker, J., concurred in by Coleman and Ellington,
JJ.

[No. 35522-8-I.    Division One.    September 11, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. CARLOS
ESCOBAR, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-8-03496-2, Bobbe J. Bridge, J., entered
October 24, 1994. *Reversed* by unpublished per curiam
opinion.